**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Orlando BLACK, Respondent-Appellant.**

No. 17-6091

United States Court of Appeals, Fourth Circuit.

Submitted: May 23, 2017

Decided: May 26, 2017

Orlando Black, Appellant Pro Se. Jennifer Dee Dannels, FEDERAL MEDICAL CENTER, Butner, North Carolina; Robert J. Dodson, Special Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before KING, AGEE, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Orlando Black appeals from the district court's order denying his motions to vacate his civil commitment or to hold a discharge hearing. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Black*, No. 5:15-hc-02180-BR (E.D.N.C. Jan. 3, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*